```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 19810
   VICTORIA M ORR
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3751


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/25/2007 and was not confirmed.

     The case was dismissed without confirmation 12/12/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
CHASE HOME FINANCE LLC   NOTICE ONLY     NOT FILED           .00            .00
HOUSEHOLD FINANCE CORP   CURRENT MORTG         .00           .00            .00
HOUSEHOLD FINANCE CORP   SECURED NOT I    3483.25            .00            .00
KENNETH J DONKEL         SECURED NOT I    2592.36            .00            .00
CHASE HOME FINANCE LLC   CURRENT MORTG         .00           .00            .00
CHASE HOME FINANCE LLC   SECURED NOT I   50831.94            .00            .00
LIGHTHOUSE FINANCIAL GRO SECURED NOT I    6849.64            .00            .00
WASHINGTON MUTUAL        UNSECURED       NOT FILED           .00            .00
KENNETH J DONKEL         UNSECURED       NOT FILED           .00            .00
GAFCO                    UNSECURED       NOT FILED           .00            .00
AMERICAN GENERAL FINANCE UNSECURED        6428.05            .00            .00
WASHINGTON MUTUAL        NOTICE ONLY     NOT FILED           .00            .00
PRO SE DEBTOR            DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                      ---------------     ---------------
TOTALS                     .00                   .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 19810 VICTORIA M ORR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 04/04/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |